IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLY LOW, INC. D/B/A KING OF DIAMONDS, a Florida Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>H. ALAN WELLES REAL ESTATE, L.L.C. D/B/A THE BOX EXPO CENTER, a Florida limited liability company, SO-SERIOUS SWAGG INC., a Florida corporation, KENISHA MYREE A/K/A TIPDRILL, JANE DOE ONE A/K/A DUAINI DERNIS VASQUEZ, an individual, and JANE DOE TWO A/K/A JACKIE JUICYJUICE, an individual,<br><br>    Defendants. | Case No.: 1:12-cv-24289-UNGARO |

**CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION**

This matter came before the Court upon the Stipulation for Entry of Consent Final Judgment And Permanent Injunction (DE [**16**]) filed by Plaintiff, FLY LOW, INC. D/B/A KING OF DIAMONDS ("Fly Low"), and Defendant SO-SERIOUS SWAGG INC. ("Swagg").

Upon stipulation of the parties who have appeared in this action, and the recitals set forth below, this Court hereby enters the following consent final judgment and permanent injunction:

WHEREAS, the Complaint alleges infringement of a federally registered mark and false designation of origin with respect to the use of the federally registered trademark KING OF DIAMONDS (as shown below); and

Case No.: 1:12-cv-24289-UNGARO



WHEREAS, Swagg does not contest Plaintiff's claimed rights in the KING OF DIAMONDS name and mark;

NOW, THEREFORE, it is hereby ordered, adjudged, and decreed that:

1.      Swagg, its employees, agents, officers, directors, licensees, attorneys, successors, affiliates, subsidiaries, and assigns and all of those in active concert and participation with Swagg, are permanently enjoined from:

a.      Using or contributing to the unauthorized use of the KING OF DIAMONDS name and mark as well as any confusingly similar name and mark, in connection with the advertising, promotion and offering of night club and bar services, including such services that feature adult entertainment, as well as any related services;

b.      Committing any other act which falsely represents or which has the effect of falsely representing that Swagg is licensed or authorized to use the KING OF DIAMONDS name and mark, or that any event with which Swagg is associated is being offered or sponsored by, or is in any way associated with Fly Low;

c.      Otherwise infringing upon and/or unfairly competing with Fly Low; and

d.      Aiding, assisting or abetting any other party in the acts prohibited by subparagraphs (a) through (c).

2

Case No.: 1:12-cv-24289-UNGARO

2.     This Action is dismissed without prejudice as to all remaining Defendants.

DONE and ORDERED in Miami, Florida on January 31, 2013.

Ursula Ungaro, U.S. District Judge

3